UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:14-mj-1165-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | **ORDER** |
| JULIO JOSE MORALES QUINTERO DEFENDANT | : | |

**THIS MATTER** coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on September 30, 2014, thirty (30) days will have passed since the defendant surrendered his license after having been charged with operating a motor vehicle under the influence of alcohol. **IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 196 Lazy Lane, Engelhard, North Carolina 27824, after September 30, 2014.

This 9 day of October, 2014.

Terrence W. Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE